**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

**CASE NUMBER 11-cv-2224 (KBJ)**

| | |
|---|---|
| DAVID SICKLE, et al., )<br>    Plaintiffs, )<br> )<br>v. )<br> )<br>TORRES ADVANCED ENTERPRISE )<br>SOLUTIONS, LLC, et al., )<br>    Defendants. ) | Notice of Appeal |

NOTICE IS HEREBY GIVEN that David Sickle and all Plaintiffs in the above-captioned case hereby appeal to the United States Court of Appeals for the District of Columbia Circuit, from the final judgment entered in this action on the 24th day of December, 2013 and accompanying Memorandum Opinion of 24th of December, 2013.

Respectfully submitted,

_____
Scott J. Bloch, Esq.
DC Bar No. 984264
LAW OFFICES OF SCOTT J. BLOCH, PA
1050 17th St., N.W., Suite 600
Washington, DC 20036
Tel. (202) 496-1290
Fax (202) 478-0479
scott@scottblochlaw.com
www.dcresultslawyers.com
Counsel for Plaintiffs

**RECEIVED**
JAN 17 2014
Clerk, U.S. District and
Bankruptcy Courts

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of January, 2014, a copy of the foregoing Notice of Appeal was delivered via U.S. Mail, electronically through ECF and via E mail to:

> A. Jeff Ifrah (Bar No.: 456661)
> jeff@ifrahlaw.com
> Rachel Hirsch (Bar No.: 99112)
> rhirsch@ifrahlaw.com
> IFRAH PLLC
> 1717 Pennsylvania Avenue NW, Suite 650
> Washington, DC 20006
> Telephone: (202) 524-4140
> Facsimile: (202) 524-4141
> *Attorneys for Defendants,* Torres Advanced
> Enterprise Solutions, LLC and Scott Torres

Scott J. Bloch