# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 14-7009**  **September Term, 2013**

**1:11-cv-02224-KBJ**

**Filed On:** August 5, 2014

David Sickle and Matthew W. Elliott,

    Appellants

    v.

Torres Advanced Enterprise Solutions, LLC,
also known as Torres Aes, LLC and Scott
Torres,

    Appellees

**BEFORE:**   Rogers, Kavanaugh, and Wilkins, Circuit Judges

### O R D E R

Upon consideration of the motion for summary affirmance, it is

**ORDERED**, on the court's own motion, that this case be held in abeyance pending the court's disposition of Brink v. Continental Insurance Company, No. 13-7165.  The parties are directed to file motions to govern further proceedings within 30 days of the decision in Brink.

**Per Curiam**