# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DAVID SICKLE, *et. al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 11-2224 (KBJ) |
| ) | |
| TORRES ADVANCED ENTERPRISE ) | |
| SOLUTIONS, LLC, *et. al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendants' [27] Motion to Dismiss is **GRANTED IN PART and DENIED IN PART** as follows:

(1) The motion is granted with respect to (a) all of Plaintiffs' claims against Scott Torres, and (b) Plaintiffs' claims against Torres AES for retaliatory discharge (Count I), breach of the covenant of good faith and fair dealing (part of Count II), and conspiracy and prima facie tort (Count III). Consequently, these claims will be dismissed.

(2) The motion is denied with respect to Plaintiffs' claims against Torres AES for breach of contract (part of Count II).

DATE: September 14, 2020

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge