IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SICKLE, *et al.*,<br><br>      Plaintiffs,<br><br>v.<br><br>TORRES ADVANCED ENTERPRISE SOLUTIONS, LLC*, et al.*,<br><br>      Defendants. | Case No.: 1:11-cv-02224-KBJ |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order issued on Monday, September 14, 2020, Plaintiffs David Sickle and Matthew Elliott and Defendant Torres Advanced Enterprise Solutions, LLC ("Torres") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit the following status report.

The Parties are actively engaged in settlement negotiations and wish to submit to alternative dispute resolution should their unassisted settlement discussions fail. For that reason, the Parties believe it would be inefficient and counterproductive to proceed with discovery at this time. On Tuesday, September 29, 2020, counsel for Plaintiffs submitted Plaintiffs' current demand to counsel for Torres, which demand reflects an adjustment to Plaintiffs' initial demand in light of the Court's recent decision on Torres' motion to dismiss. In order for Torres to respond with a meaningful counteroffer and for the parties to continue pursuing settlement and, if necessary, alternative dispute resolution, the Parties request that proceedings in this case be suspended for forty-five days.

1

The Parties will file a joint status report on or before Monday, November 16, 2020, apprising the Court of the status of settlement negotiations.

Dated: October 1, 2020


| | |
|---|---|
| */s/ Scott J. Bloch, Esq.* | */s/ A. Jeff Ifrah* |
| Scott J. Bloch, Esq. (DC Bar No. 984264) | A. Jeff Ifrah (DC Bar No. 456661) |
| scott@scottblochlaw.com | jeff@ifrahlaw.com |
| LAW OFFICES OF SCOTT J. BLOCH, PA | IFRAH PLLC |
| 1025 Connecticut Ave., NW | 1717 Pennsylvania Ave. NW |
| Suite 1000 | Suite 650 |
| Washington, DC 20036 | Washington, DC 20006 |
| (202) 496 – 1290 – Tel. | (202) 524-4140 – Tel. |
| (202) 478-0479 – Fax | (202) 524-4141 – Fax |
| | |
| *Counsel for David Sickle and Matthew Elliott* | *Counsel for Torres Advanced Enterprise Solutions, LLC* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 1, 2020, I caused a copy of the foregoing to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

      */s/ Jeffrey R Hamlin*
      Jeffrey R. Hamlin (DC Bar no. 478256)