IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SICKLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TORRES ADVANCED ENTERPRISE SOLUTIONS, LLC, *et al.*, <br><br> Defendants. | Case No.: 1:11-cv-02224-KBJ |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order issued on Monday, September 14, 2020, Plaintiffs David Sickle and Matthew Elliott and Defendant Torres Advanced Enterprise Solutions, LLC ("Torres") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit the following status report.

Since filing the last Joint Status Report on October, 1, 2020, the Parties have been actively engaged in settlement negotiations, but those efforts have been unfruitful. The Parties therefore request that the Court refer them to court-assisted Alternative Dispute Resolution ("ADR") and suspend court proceedings in this case for another forty-five (45) days.

The Parties will file their second joint status report on or before Thursday, December 31, 2020, apprising the Court of the status of ADR.

Dated: November 16, 2020

| | |
|---|---|
| __/s/ Scott J. Bloch_____ | _/s/ A. Jeff Ifrah_____ |
| Scott J. Bloch, Esq. (DC Bar No. 984264) | A. Jeff Ifrah (DC Bar No. 456661) |
| scott@scottblochlaw.com | jeff@ifrahlaw.com |
| LAW OFFICES OF SCOTT J. BLOCH, PA | IFRAH PLLC |
| 1025 Connecticut Ave., NW | 1717 Pennsylvania Ave. NW |
| Suite 1000 | Suite 650 |
| Washington, DC 20036 | Washington, DC 20006 |
| (202) 496 – 1290 – Tel. | (202) 524-4140 – Tel. |
| (202) 478-0479 – Fax | (202) 524-4141 – Fax |
| | |
| *Counsel for David Sickle and Matthew Elliott* | *Counsel for Torres Advanced Enterprise Solutions, LLC* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2020, I caused a copy of the foregoing to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

*/s/ Jeffrey R Hamlin*
Jeffrey R. Hamlin (DC Bar no. 478256)
