IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SICKLE, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>TORRES ADVANCED ENTERPRISE SOLUTIONS, LLC, *et al.*,<br><br>   Defendants. | Case No.: 1:11-cv-02224-KBJ |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order issued on Friday, November 20, 2020, Plaintiffs David Sickle and Matthew Elliott and Defendant Torres Advanced Enterprise Solutions, LLC ("Torres") (collectively, the "Parties"), by and through their respective undersigned counsel, hereby submit the following status report.

Since filing the last Joint Status Report on November 16, 2020, the Parties were referred to the Circuit Mediation Program. Both parties submitted mediation position statements to the mediator, and participated in mediation on Thursday, January 7, 2021. With the mediator's assistance, the parties reached a global settlement of all claims and memorialized their agreement in a written contract that was executed as of Friday, January 22, 2021.

Under the agreement, the conditions precedent to dismissal by motion or stipulation are to be satisfied no later than May 18, 2021. If such conditions are timely satisfied, Plaintiffs must file a motion for dismissal with prejudice or a stipulation of dismissal with prejudice bearing Defendant's signature, as required under the Federal Rules of Civil Procedure and Local Civil Rules.

1

.

Dated: January 27, 2021

| | |
|---|---|
| */s/ Scott J. Bloch* | */s/ A. Jeff Ifrah* |
| Scott J. Bloch, Esq. (DC Bar No. 984264) | A. Jeff Ifrah (DC Bar No. 456661) |
| scott@scottblochlaw.com | jeff@ifrahlaw.com |
| LAW OFFICES OF SCOTT J. BLOCH, PA | IFRAH PLLC |
| 1025 Connecticut Ave., NW | 1717 Pennsylvania Ave. NW |
| Suite 1000 | Suite 650 |
| Washington, DC 20036 | Washington, DC 20006 |
| (202) 496 – 1290 – Tel. | (202) 524-4140 – Tel. |
| (202) 478-0479 – Fax | (202) 524-4141 – Fax |
| *Counsel for David Sickle and Matthew Elliott* | *Counsel for Torres Advanced Enterprise Solutions, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I caused a copy of the foregoing to be filed with the Clerk of Court using the Court's CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record.

*/s/ Jeffrey R Hamlin*
Jeffrey R. Hamlin (DC Bar no. 478256)