UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAVID SICKLE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> TORRES ADVANCED ENTERPRISE SOLUTIONS, LLC, *et al.*, <br><br> Defendants. | Civil Action No. 11-cv-2224 (KBJ) |

**PROVISIONAL ORDER DISMISSING CASE DUE TO SETTLEMENT**

On January 27, 2021, the parties in this matter filed a joint notice informing the Court that they have reached a settlement. (ECF No. 40.) Upon receipt of notice that a matter has settled, it is the practice of this Court to issue a provisional order of dismissal that permits the parties to reopen the matter if the settlement is not consummated. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED** without prejudice. If settlement is not consummated, either party may reopen the action until **June 1, 2021**, upon motion approved by the Court. Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed <u>with</u> prejudice.

Date:  February 12, 2021

*Ketanji Brown Jackson*
KETANJI BROWN JACKSON
United States District Judge